**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Robert Wilson DENT, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 12, 2012.

***ORDER***

PER CURIAM.

**AND NOW,** this 12th day of October, 2012, the Application for an Immediate Hearing and the Petition for Allowance of Appeal are **DENIED.**